# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 3:04-cr-93-J-32PDB

VAN TRONG PHAN

## PRELIMINARY ORDER OF
## FORFEITURE FOR SUBSTITUTE ASSETS

This case is before the Court upon the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets (Doc. 1083), wherein the Government seeks to have Defendant's offsets, captured through the Treasury Offset Program (TOP) in the amount of approximately $6,953.50, as well as future offsets that are captured through TOP, used as substitute assets in partial satisfaction of his $1,336,000 Money Judgment.

Being fully advised of the relevant facts, the Court hereby finds that pursuant to 21 U.S.C. § 853, the Court entered a Personal Money Judgment against the defendant in the amount of $1,336,000. (Doc. 854).

The Court further finds that the United States received offsets totaling $6,953.50 through TOP for application to Defendant's outstanding money judgment.

The Court further finds that the United States complied with the notice requirement as set forth in 31 U.S.C. § 3720A(b)(2), and no objection was received from the defendant prior to entering the debt in TOP.

Accordingly, it is hereby

**ORDERED:**

1. The United States' Motion for Preliminary Order of Forfeiture for Substitute Assets (Doc. 1083) is **GRANTED**.

2. Pursuant to 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the TOP offsets of $6,953.50, as well as future offsets that are captured through TOP up to the amount of the outstanding money judgment, are hereby forfeited to the United States for disposition according to law.

3. The net proceeds of the forfeited property shall be credited towards Defendant's Money Judgment.

4. The United States shall publish its intent to forfeit property to determine whether any third party has an interest in the property.

5. The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the Money Judgment.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of July, 2019.

*[Signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record